# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1795
_____

MICHAEL K. RILEY,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

March 25, 2019

PER CURIAM.

  AFFIRMED. *Hall v. State*, 94 So. 3d 655 (Fla. 1st DCA 2012).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael K. Riley, pro se, Appellant.

Ashley B. Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.